UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __7__

----------------------------------------------

*Lucky*
-v-
D.O.C. of N.Y.C.

----------------------------------------------

U.S.C.A. # _____

U.S.D.C. # __07-cv-7545__

JUDGE: __KMW__

DATE: __Oct. 26, 2007__

*U.S. DISTRICT COURT FILED OCT 26 2007*

### INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------------

**DOCUMENT DESCRIPTION**                                                   **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(✓) Original Record                                              (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __26TH__ Day of __OCTOBER__ 2007.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------

*Lucky*
-v-
*Doc. of NYC*

----------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # *07-cv-7545*

JUDGE: *KMW*

DATE: *10-26-2007*

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __6__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                          Document Description

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this **26TH** Day of **OCTOBER** In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-07545-KMW
### Internal Use Only

Lucky v. D.O.C. of N.Y.C. et al  
Assigned to: Judge Kimba M. Wood  
Cause: 42:1983 Prisoner Civil Rights  

Date Filed: 08/24/2007  
Date Terminated: 08/24/2007  
Jury Demand: None  
Nature of Suit: 555 Prisoner: Prison Condition  
Jurisdiction: Federal Question  

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Manny Lucky.(kco) (Entered: 09/05/2007) |
| 08/24/2007 | 2 | COMPLAINT against D.O.C. of N.Y.C., C-73 GMDC. Document filed by Manny Lucky.(kco) (Entered: 09/05/2007) |
| 08/24/2007 |  | Magistrate Judge Gabriel W. Gorenstein is so designated. (kco) (Entered: 09/05/2007) |
| 08/24/2007 | 3 | ORDER OF DISMISSAL Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/24/07) (kco) (Entered: 09/05/2007) |
| 08/24/2007 | 4 | CIVIL JUDGMENT: Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed without prejudice for failure to comply with the P.L.R.A. of 1995. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/24/07) (kco) (Entered: 09/05/2007) |
| 10/18/2007 | 6 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Manny Lucky. (tp) (Entered: 10/25/2007) |
| 10/18/2007 |  | Appeal Remark as to [6] Notice of Appeal filed by Manny Lucky. $455.00 APPEAL FEE DUE. IFP REVOKED 8/24/07. (tp) (Entered: 10/25/2007) |
| 10/19/2007 | 5 | ORDER: for reasons further set forth in said Order, in light of the fact that plaintiff is appearing pro se, his Motion for Extension of time to file a Notice of Appeal is hereby GRANTED. The Court certifies pursuant to 28 USC 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 10/19/07) (db) (Entered: 10/23/2007) |
| 10/25/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [6] Notice of Appeal. (tp) (Entered: 10/25/2007) |
| 10/25/2007 |  | Transmission of Notice of Appeal to the District Judge re: [6] Notice of Appeal. (tp) (Entered: 10/25/2007) |